**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-01625-CMA-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBYN LUNA, Personal Representative of the Estate of Mryna K. Slabaszewski,
ROBYN LUNA, in her individual capacity, and
KEZZIE HERBST, a/k/a Kezzie Allen,

    Defendants.

## ORDER

This matter is before the Court on the parties' Stipulation of Dismissal of Kezzie Herbst (a/k/a Kezzie Allen) and Disclaimer (Doc. #20).  The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Kezzie Herbst (a/k/a Kezzie Allen) is hereby DISMISSED WITHOUT PREJUDICE.  It is

FURTHER ORDERED that each party shall pay its own costs, attorneys' fees, and expenses.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Kezzie Herbst (a/k/a Kezzie Allen).

DATED:  September 28, 2015

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge