**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-01625-CMA-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBYN LUNA, Personal Representative of the Estate of Mryna K. Slabaszewski, and ROBYN LUNA, in her individual capacity

    Defendants.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE
REGARDING THE UNITED STATES' SECOND CLAIM FOR RELIEF**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation of Dismissal Without Prejudice Regarding the United States' Second Claim for Relief (Doc. # 33), signed by the attorneys for the parties hereto, it is

ORDERED that the United States' Second Claim for Relief is DISMISSED WITHOUT PREJUDICE, each party to pay its own attorney fees, costs and expenses.

DATED: March 31, 2016

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge