IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 15-cv-01625-CMA-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBYN LUNA, Personal Representative of the Estate of Mryna K. Slabaszewski, and ROBYN LUNA, in her individual capacity

    Defendants.

## ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT ON THE UNITED STATES' FIRST CLAIM FOR RELIEF

This matter is before the Court on the parties' Joint Stipulation for Entry of Judgment on the United States' First Claim for Relief (Doc. #32).  The Court has reviewed the Stipulation, and being fully advised in the premises, it is hereby

ORDERED that the Stipulation between Plaintiff United States of America and Defendant Robyn Luna, as personal representative of the Estate of Mryna K. Slabaszewski, is hereby APPROVED.  It is

FURTHER ORDERED that the Clerk of the Court shall enter judgment against the Estate of Mryna K. Slabaszewski and in favor of the United States on the First Claim for Relief in the amount of $690,644.41, as of May 7, 2015, plus statutory interest and other statutory additions as provided by law, which continue to accrue until the liabilities

are paid in full, pursuant to 26 U.S.C § 6601, 6621, and 6622, and 28 U.S.C §1961 (c)(1).

DATED:  March 31, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge