**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-01625-CMA-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBYN LUNA, Personal Representative of the Estate of Mryna K. Slabaszewski, and ROBYN LUNA, in her individual capacity

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with the Order Approving Stipulation for Entry of Judgment on the United States' First Claim for Relief entered by Judge Christine M. Arguello on March 31, 2016, it is

    ORDERED that Judgment is entered against the Estate of Mryna K. Slabaszewski and in favor of the United States on the First Claim for Relief in the amount of $690,644.41, as of May 7, 2015, plus statutory interest and other statutory additions as provided by law, which continue to accrue until the liabilities are paid in full, pursuant to 26 U.S.C § 6601, 6621, and 6622, and 28 U.S.C §1961 (c)(1).  It is

FURTHER ORDERED that Plaintiff shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

DATED: March 31, 2016

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

V. Barnes
Deputy Clerk